UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff,

V.                                                CIVIL ACTION:
                                                  3:03CV667(RNC)

AUTO SALES INC.
ELM CITY AUTO FINANCING, LLC.

Defendants.                                 NOVEMBER 13, 2003

PLAINTIFF'S MOTION TO COMPEL
DISCOVERY: NO OBJECTIONS

    Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant Elm City Finance, LLC to respond to discovery requests served on June 5, 2003. Defendant neither objected nor responded to the requests. A copy of the discovery is attached to the Court's copy of the Motion to Compel.

ORAL ARGUMENT IS
NOT REQUESTED

                                                    THE PLAINTIFF

                                                    By_____
                                                    Michael W. Kennedy
                                                    101 W. Main Street
                                                    Branford, CT 06405
                                                    Fed. Juris No.: CT19664
                                                    (203) 481-4040

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 13th day of November, 2003:

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611
Fed. Juris No.: CT13652

_____
Michael W. Kennedy