UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff,

V.                                                CIVIL ACTION:
                                                    3:03CV667(RNC)

AUTO SALES INC.
ELM CITY AUTO FINANCING, LLC.

Defendants.                                  NOVEMBER 13, 2003

**LOCAL RULE 9 AFFIDAVIT RE UNOBJECTED-TO DISCOVERY**

I certify, pursuant to 28 U.S.C. §1746, that before filing the Motion to Compel I reminded defendant in writing dated October 21, 203, that the responses were overdue. There is no known dispute as to the unobjected-to discovery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2003.

_____
MICHAEL W. KENNEDY

                                               THE PLAINTIFF

                                               By_____
                                                Michael W. Kennedy
                                                101 W. Main Street
                                                Branford, CT 06405
                                                Fed. Juris No.: CT19664
                                                (203) 481-4040

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 13th day of November, 2003:

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611
Fed. Juris No.: CT13652

_____
Michael W. Kennedy