UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff,

V.                                          CIVIL ACTION:
                                              3:03CV667(RNC)

AUTO SALES INC.
ELM CITY AUTO FINANCING, LLC.

Defendants.                                NOVEMBER 13, 2003

PLAINTIFF'S MOTION TO COMPEL
DISCOVERY: NO OBJECTIONS

Pursuant to Fed. R. Civ. P. 37(a), 33(b), 34(b) and 6(b)(2), Plaintiff moves to compel defendant Elm City Finance, LLC to respond to discovery requests served on June 5, 2003. Defendant neither objected nor responded to the requests. A copy of the discovery is attached to the Court's copy of the Motion to Compel.

ORAL ARGUMENT IS
NOT REQUESTED

                                                             THE PLAINTIFF

                                                             By_____
                                                             Michael W. Kennedy
                                                            101 W. Main Street
                                                           Branford, CT 06405
                                                           Fed. Juris No.: CT19664
                                                           (203) 481-4040

---

*Margin annotation (left side, rotated):* GRANTED absent objection or response of any kind. The defendant Elm City Finance, LLC shall respond to the plaintiff's discovery requests within ten (10) days of the date of this order. See D.Conn.L.Civ.R. 37(a)5. SO ORDERED. Donna F. Martinez, U.S.M.J. 12/11/03