UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff,

V.

                                            CIVIL ACTION:
                                            3:03CV667(RNC)
AUTO SALES INC.
ELM CITY AUTO FINANCING, LLC.

Defendants                                  JANUARY 12, 2004

## MOTION REQUESTING SETTLEMENT CONFERENCE

Plaintiff by this motion requests the Court to schedule a settlement conference with Magistrate Judge Martinez for the purpose of early settlement discussions.

                                                  THE PLAINTIFF

                                        By_____
                                          Michael W. Kennedy
                                          101 W. Main Street
                                          Branford, CT 06405
                                          Fed. Juris No.: CT19664
                                          (203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 12th day of January, 2004:

Honorable Donna F. Martinez
U. S. Magistrate Judge
U.S. District Court
450 Main St.
Hartford, CT 06103

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611

_____
Michael W. Kennedy