03CV667 mot

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 JAN 13 P 2:10

U.S. DISTRICT COURT
HARTFORD, CT.

TERRA SMITH

    Plaintiff,

V.

    CIVIL ACTION:
    3:03CV667(RNC)

AUTO SALES INC.
ELM CITY AUTO FINANCING, LLC.

Defendants.

JANUARY 12, 2004

### MOTION REQUESTING SETTLEMENT CONFERENCE

Plaintiff by this motion requests the Court to schedule a settlement conference with Magistrate Judge Martinez for the purpose of early settlement discussions.

                THE PLAINTIFF

                By _____
                Michael W. Kennedy
                101 W. Main Street
                Branford, CT 06405
                Fed. Juris No.: CT19664
                (203) 481-4040

---

*[Margin annotation, left side, rotated:]* GRANTED. Upon the consent of the parties, a settlement conference shall be held with the undersigned on February 24, 2004 at 2:00 p.m. See Calendar and Settlement Conference Order entered on this date. SO ORDERED

Donna F. Martinez, U.S.M.J.
1/22/04

*[Stamp:]* 2004 JAN 23 P 4:36
U.S. DISTRICT COURT
HARTFORD, CT.

03cv667end13

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 12th day of January, 2004:

Honorable Donna F. Martinez
U. S. Magistrate Judge
U.S. District Court
450 Main St.
Hartford, CT 06103

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611

_____
Michael W. Kennedy