UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

        Plaintiff.

V.

AUTO SALES, INC.
ELM CITY FINANCING, LLC.

        Defendants.

CIVIL ACTION NO.
303CV667(RNC)

FEBRUARY 9, 2004

FILED
2004 FEB 12 P 5: 09
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION TOI EXCUSE THE PHYSICAL PRESENCE OF THE PLAINTIFF AT THE SETTLEMENT CONMFERNCE

Plaintiff requests that this court excuse plaintiff from attending the settlement conference scheduled for February 24, 2004. As grounds for this request plaintiff states that the undersigned has full authority to decide all matters pertaining to the case. Further plaintiff will suffer loss of income by attending the settlement conference and is not in a financial position to loose half of a day's pay. The plaintiff has given her express permission to the undersigned to act on her behalf and to legally bind her in all matters pertaining to the above matter.

Therefore, for the reason set forth above plaintiff requests that this court grant the above captioned motion.

Plaintiff called defense counsel but was unable to confirm whether he consents or objects to this motion.

THE PLAINTIFF

By _____
Michael W. Kennedy,
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 9th day of February 2004:

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611

_____
Michael W. Kennedy