CT/cvmhrg (January 10, 2002)

HONORABLE **D. F. Martinez**
DEPUTY CLERK **R. K. Wood**   RPTR/ERO/**TAPE**

TOTAL TIME: ___ hours **4** minutes

DATE **2/24/04**   START TIME **2:48 p.m.**   END TIME **2:52 p.m.**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Smith**   CIVIL NO. **3:03CV667(RNC)**

vs.   ~~Joso~~ RW
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Auto Elm City, Inc.**   **Joseph T. Coppola**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing                                   **(on the record)**

MOTION DOCUMENT NO.

(Motion entries — all blank)

☑ **Settlement conference not held because the plaintiff's counsel was not present.**