UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

      Plaintiff.

V.

                                                  CIVIL ACTION NO.
                                                  303CV667(RNC)
AUTO SALES, INC.
ELM CITY FINANCING, LLC.

      Defendants.                               APRIL 5, 2004


### PLAINTIFF'S COMPLIANCE WITH THE COURT ORDER DATED MARCH 4, 2004

Plaintiff submits to the Court that he complied with said order dated March 4, 2004 and did so by U.S. Mail Certified Receipt. Attached is a copy of the Certified Mail Receipt.


                                                          THE PLAINTIFF

                                                          By _____
                                                          Michael W. Kennedy,
                                                          101 W. Main Street
                                                          Branford, CT 06405
                                                          Fed. Juris No.: CT19664
                                                          (203) 481-4040

*FILED 2004 APR -6 A 10:06 U.S. DISTRICT COURT HARTFORD, CT*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 5th day of April 2004:

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611

Honorable Donna F. Martinez
U. S. Magistrate Judge
U.S. District Court
450 Main St.
Hartford, CT 06103

_____
Michael W. Kennedy

