UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -7 A 10: 36

U.S. DISTRICT COURT
HARTFORD, CT.

TERRA SMITH,

    Plaintiff,

v.

    CASE NO. 3:03CV667 (RNC)

AUTO ELM CITY INC., ET AL.,

    Defendants.

### DEFENDANTS' MOTION FOR SANCTIONS

Pending before the court is the defendants' motion for sanctions. (Doc. #21.) The motion is GRANTED absent objection or response of any kind. Pursuant to Fed. R. Civ. P. 16(f), the defendants are awarded attorneys' fees they incurred as a result of the failure of plaintiff's counsel to attend the settlement conference ordered by the court. Because the neglect was attributable to plaintiff's counsel, see doc. #19, plaintiff's counsel shall pay to the defendants the sum of $558.50 within thirty days.

SO ORDERED this 6th day of May, 2004 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge