UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff.

V.

AUTO SALES, INC.
ELM CITY FINANCING, LLC.

    Defendants.

CIVIL ACTION NO.
303CV667(RNC)

OCTOBER 27, 2004

## MOTION IN RESPONSE TO THE COURTS NOTICE TO COUNSEL PURSUANT TO RULE 41(a).

Plaintiff requests that this court excuse plaintiff's case from being dismissed pursuant to Rule 41(a). As grounds for this request plaintiff states that the undersigned has been inundated with other state and federal matters and has since reduced his case load in consideration of the fact that he is unable to comply with this Courts orders. Plaintiff will file a joint trial memorandum within 30 days of today's date.

    Therefore, for the reason set forth above plaintiff requests that this court grant the above captioned motion.

THE PLAINTIFF

By *[signature]*
Michael W. Kennedy, Esq.
1204 Main Street, No. 275
Branford, CT 06405
Fed. Juris. No.: CT19664
(203) 481-4040

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this 27th day of October 2004:

Joseph T. Coppola
2 Corporate Dr., Ste. 201
Trumbull, CT 06611

*[signature]*
Michael W. Kennedy