**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

www.ctd.uscourts.gov
January 19, 2005

3:03CV 667  DJS       SMITH VS. AUTO SALES

### NOTICE OF TRANSFER

We have transferred the above-captioned case from the docket of the Honorable Robert N. Chatigny, Chief U. S. District Judge, to the docket of the Honorable Dominic J. Squatrito, Senior U. S. District Judge, who presides in Hartford.  Counsel should continue to file all future filings with the Office of the Clerk, United States District Court, 450 Main Street, Hartford, CT 06103.  The initials DJS should appear after the case number.

By Order of the Court
Kevin F. Rowe, Clerk