UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH                                 :
    Plaintiff

v.                                          : CIVIL NO.: 3:03cv667(DJS)

AUTO SALES, INC., ET AL                     :
    Defendants

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable  Stefan R. Underhill, United States District Judge, who sits in Bridgeport Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in  Bridgeport  and bear the docket number **3:03cv667**(SRU). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __9th__ day of June, 2005.

                                                    /s/DJS
                                                  Dominic J. Squatrito
                                                  United States District Judge