UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRA SMITH | : |
| | : |
| v. | : Civil Action No. |
| | : 3:03cv667 (SRU) |
| AUTO SALES, INC., ET AL. | : |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

___ A ruling on the following motions which are currently pending:

_X_ A settlement conference

___ A conference to discuss the following: _____

___ Other: _____

SO ORDERED this 16th day of August 2005, at Bridgeport, Connecticut.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge