UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERRA SMITH

V.                                    Case Number:  3:03cv667 (SRU)

AUTO SALES, INC., et al

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>October 24, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 23, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, October 27, 2005.

KEVIN F. ROWE, CLERK

By: /s/_____
    Alice Montz
    Deputy Clerk