UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH
    Plaintiff,
V.
                                          CIVIL ACTION NO.
                                          303 CV 667 (RNC)

AUTO SALES, INC., ET AL
    Defendants                                October 18, 2005

## **APPEARANCE**

Please enter the appearance of the following attorney of behalf of the Plaintiff in the above captioned action.

                                      Jayne F. Kennedy

                                      Ct20179
                                      44 Sunset Hill Drive
                                      Branford, CT 06405
                                      (203) 483-4500
                                      (203) 483-4500 fax
                                      jayne.kennedy@snet.net

                                      THE PLAINTIFF

                                      BY_____
                                      Jayne F. Kennedy
                                      Ct20179
                                      44 Sunset Hill Drive
                                      Branford, CT 06405
                                      (203) 483-4500
                                      (203) 483-4500 fax

## **CERTIFICATE OF SERVICE**

   The above motion was sent by U.S. Mail, postage prepaid, on October _____, 2005, to:

Joseph T. Coppola
2 Corporate Dr.
Suite 201
Trumbull, CT 06611

_____

Jayne F. Kennedy