# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Terra Smith<br>*Plaintiff*<br>        v.<br><br>Auto Sales, Inc., et al<br>*Defendant* | Case No.  3:03cv667 (SRU) |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge

____  A ruling on all pretrial motions except dispositive motions

____  To supervise discovery and resolve discovery disputes

**✖**  A ruling on the following motions which are currently pending:
Doc# **40 - Motion to Enforce Settlement Agreement, Judgment and Attorney Fees**

____  A settlement conference

____  A conference to discuss the following:

____  Other:


SO ORDERED this   12th   day of   January  ,   2006   at Bridgeport, Connecticut.


                        _____/s/_____
                        Stefan R. Underhill
                        United States District Court Judge