UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH

    Plaintiff,

V.                                                          CIVIL ACTION NO
                                                            3:03 CV667 (SRU)

AUTO SALES, INC.
ET AL

    Defendants.                                              March 14, 2006


MOTION FOR JUDGMENT, PENALTIES, SANCTIONS
AND ATTORNEY FEES


      The plaintiff requests that the Court enter judgment, award penalties, sanctions and attorney fees against the defendant Auto Sales, Inc and defendant Elm City Finance, LLC jointly and severally. Total demand is $5, 725.

      On January 20, 2006 the Court [Doc 42] granted plaintiff's Motion to Enforce the Settlement Agreement [Doc 40] and ordered the defendants to make payment in the sum of $3,500 to plaintiff within 14 days of the order and the March 1 payment in the sum of $3,500 on a timely basis.

      The first payment of $3,500.00 was made on or about January 31, 2006. However the second payment of $3,500.00 has not been made.

      ORAL ARGUMENT NOT REQUESTED

WHEREFORE plaintiff prays that this Court will enter an order as requested in plaintiff's Motion.

THE PLAINTIFF

_____
Jayne F. Kennedy
44 Sunset Hill Drive
Branford, CT 06405
(203) 483-4500
Fed Bar # ct 20179

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this day of March , 2006.

Joseph T. Coppola
2 Corporate Drive
Suite 201
Trumbull, CT 06611

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Blvd
Bridgeport, CT 06604

_____
Jayne F. Kennedy

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARRA SMITH | |
|     Plaintiff, | |
| V. | CIVIL ACTION NO<br>3:03CV667 (SRU) |
| AUTO SALES, INC., et al | March 14, 2006 |

PLAINTIFF'S MEMORANDUM SUPPORTING
JUDGMENT, PENALTIES, SANCTIONS AND ATTORNEY FEES

BACKGROUND:

On or about October 24, 2005 the parties reached a settlement agreement in the above matter; defendant Auto Sales, Inc. and/or defendant Elm City Finance, LLC would pay to plaintiff the sum of $3,500 on or before November 23, 2005. In addition the defendants would pay plaintiff an additional sum of $3,500 no later than March 1, 2006.

In November 2005, [Doc. 40] plaintiff filed a Motion to Enforce the Settlement Agreement. Neither defendant Auto Sales, Inc. nor defendant Elm City Finance, LLC replied to plaintiff's motion.

On January 20, 2006, [Doc. 42] the Court entered an order that the defendants make payment in the sum of $3,500 within 14 days of the order and that the March 1 payment be made on a timely basis. The first payment of $3,500.00 was made on a timely basis, however, the second payment of $3,500.00 has not been made.

Plaintiff seeks judgment on the case. See Kohl Indus. Park v. County of Rockland,

710 F. 2d 895, 903-04 (2nd Cir. 1983).

Plaintiff seeks attorney fees in the sum of $1,595 as set forth in the attached Attorney affidavit, Schmidt v. Zarrara, 544 F. 2nd 414 (9th Cir. 1976) against defendants joint and several.

Plaintiff seeks sanctions in the sum of $630.00 against the defendants' joint and several for their bad faith or willfulness in failing to comply with the courts order [Doc. 42]. This sum was calculated by taking 18% of the settlement agreement of $3,500.00 plus $1,595 of the requested attorney fees for a total demand of $5,725.

Had defendants made payment as ordered by the Court at the October 24, 2005 settlement conference or as set forth in the Court's order [doc. 42] then plaintiff and her attorney would not have to engage the services of a collection attorney at the rate of 18% to collect the debts. See Burks v. Oklahoma Publ'g Co., 81 F.3d 975, 979 (10th Cir. 1996).

Plaintiff seeks whatever other penalties that the Court wishes impose against the defendants pursuant to its order [doc. 42].

CONCLUSION:

The Court should enter such orders as are necessary to finalize the settlement. Mal Spinrad, Inc. v. Commercial Sewing, 13 Conn. L Trib. #41 p. 17 (1987) and 14 Conn. L. Trib #1 (1988).

THE PLAINTIFF

By_____
  Jayne F. Kennedy
  44 Sunset Hill Drive
  Branford, CT 06405
  (203) 483-4500
  Fed. Bar # ct20179

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following parties of record postage prepaid this   th day of March, 2006

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Joseph T. Coppola
2 Corporate Drive
Suite 201
Trumbull, CT 06611

_____
Jayne F. Kennedy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TARRA SMITH

      Plaintiff,

V.                                                      CIVIL ACTION NO
                                                       3:03CV667 (SRU)

AUTO SALES, INC.

ELM CITY FINANCE, LLC                 March 14, 2006

## AFFIDAVIT

1. I, Jayne F. Kennedy am an attorney licensed to practice before the United States District Court for the District of Connecticut and all Connecticut courts.

2. I am the attorney for plaintiff Terra Smith in this action and submit this affidavit in support of a request for attorney fees. Blum v. Stenson, 465 U.S. 886 n.5 (1985).

3. I was admitted to practice in Connecticut in 1994. For several years prior I was admitted to the States of Florida, Maryland and the District of Columbia. For a number of years I was an Assistant Public Defender in Waterbury in the Part A Division.

4. Presently, I am a per diem Prosecutor in G.A. 4 Waterbury. My private law practice is limited, by choice, to Consumer issues.

5. I have had prior experience including litigation for persons who cannot afford to pay a lawyer.

6. My work in connection with this motion is shown on the schedule attached hereto. I prepared time records contemporaneously with performance of the work. The

time records do not duplicate work performed in any other file; they do not include non legal tasks such as filing or coping.

7. I am requesting attorney fees at the rate of $275 per hour. I believe that award requested is reasonable, and it is the same rates being charge by similarly experienced private counsel in federal court.

8. Hourly billing rates of Connecticut private counsel with which I am familiar are, as of 2005: Michael W. Kennedy $275 per hour. Bernard T. Kennedy, $275 per hour and Joanne S. Faulkner, $275 per hour.

Sworn under the penalty of perjury.

_____                                                                 _____
Date                                                                                          Jayne F. Kennedy

## SCHEDULE A

November 2005

    --      .6 hr      Motion to in-force settlement Agreement

           2.4      Memorandum of Law

March 3 2006    .5      Motion for judgment, Sanctions, ect

           1.2      Memorandum of Law

           .8      Attorney Affidavit

           .3      Time records
_____

5.8 hours @ $275 per hour equals $1,595

CERTIFICATION

This is to certify that a copy of the foregoing was mailed this   day of March 2006 postage prepaid to:

Honorable William I. Garfinkle
U.S. Magistrate Judge
U.S District Court
915 Lafayette Blvd.
Bridgeport, CT 0-6604


Joseph T. Coppola
2 Corporate Drive
Suite 201
Trumbull, CT 06611


_____
Jayne F. Kennedy