UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERRA SMITH
      Plaintiff,

V.

AUTO SALES, INC.,
ET AL
      Defendants

CIVIL ACTION NO.
303 CV 667 (SRU)

July 6, 2006

## STIPULATION FOR DISMISSAL

The plaintiff through her attorney Jayne F. Kennedy, and the defendants, Auto Sales, Inc. and Elm City Finance, LLC, by their attorney, Joseph Coppola, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

BY _____
Jayne F. Kennedy
44 Sunset Hill Drive
Branford, CT 06405

BY _____
Joseph T. Coppola
2 Corporate Drive
Suite 201
Trumbull, CT 06611

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this _13_ day of ~~September~~ July, via United States Mail, postage prepaid to:

Joseph T. Coppola
2 Corporate Drive
Suite 201
Trumbull, CT 06611

_____
Jayne F. Kennedy